UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

JOHN MAHONEY, on behalf of himself and all others similarly situated

    Plaintiff,

v.

THE REINARD AGENCY, INC.

    Defendant.

CIVIL ACTION NO. 2:20-cv-03930

---

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Mahoney ("Mahoney") and Defendant The Reinard Agency, Inc. (collectively, the "Parties"), hereby stipulate and jointly request that this Court enter a dismissal with prejudice of Mahoney's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own fees, costs and attorneys' expenses.

Dated: December 14, 2021

GLANZBERG TOBIA LAW, P.C.

By: _/s/ David S. Glanzberg, Esq._____
123 S. Broad Street, Suite 1640 | Philadelphia, PA 19109
David.Glanzberg@gtlawpc.com

*Attorney for Plaintiff*

WARD LAW, LLC.

By: ___/s/Christopher Curci, Esq_____
Christopher Curci, Esq.
1617 JFK Blvd, Street, Ste 500, Philadelphia, PA 19103
Ccurci@thewardlaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, the foregoing Joint Stipulation of Dismissal was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record for all parties.

/s David S. Glanzberg, Esq.
David S. Glanzberg, Esq.